**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 166 EAL 2019

                     Respondent       :

                                      :   Petition for Allowance of Appeal from

                                      :   the Order of the Superior Court

             v.                         :

                                      :

DERRICK WILLIAMS,                 :

                                      :

                     Petitioner         :

## ORDER

**PER CURIAM**

       **AND NOW**, this 3rd day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.